UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 10482**

|  | Plaintiff, |
|---|---|
| RMM Group, LLC | |
| v. | Case No. _____ |
| CineVisions, Seven Arts Pictures, Inc., Seven Arts Pictures, Ltd., Seven Arts Pictures, PLC and Peter Hoffman | Rule 7.1 Statement |
|  | Defendant. |

JUDGE DANIELS



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

RMM Group, LLC       (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** November 20, 2007

Signature of Attorney

**Attorney Bar Code:** SE-6293

Form Rule7_1.pdf   SDNY Web 10/2007