# Affidavit of Process Server

(NAME OF COURT)

| RMM GROUP, LLC | vs | SEVEN ARTS PICTURES LTD | 07 CV 10482 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I, LIZ SCHMITZ, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served SEVEN ARTS PICTURES LTD
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) THE SUMMONS IN A CIVIL ACTION

by leaving with MS SUE WARBURTON  AN EMPLOYEE OF SPRECHER GRIER HALBERSTAM LAWYERS FOR SAID DEFENDANT At
NAME                                     RELATIONSHIP

☐ Residence _____
ADDRESS                          CITY / STATE

☑ Business 30 FARRINGDON STREET, LONDON EC4A 4HJ UNITED KINGDOM
ADDRESS                          CITY / STATE

On FRIDAY, DECEMBER 7, 2007      At 3.55PM
DATE                             TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY    STATE    ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
                                                   DATE  TIME        DATE  TIME
(3) _____ (4) _____ (5) _____
DATE TIME    DATE TIME    DATE TIME

**Description:** Age____ Sex____ Race____ Height____ Weight____ Hair____ Beard____ Glasses____

_E. Schmitz_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 14th day of December, 2007, by E.M.S. SCHMITZ
Personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

PETER HEYWOOD BAKER      _P. Baker_
NOTARY PUBLIC            SIGNATURE OF NOTARY PUBLIC
405/7 HOLLOWAY ROAD
LONDON N7 6HQ
NOTARY PUBLIC for the state of THE UK
3Y Dec

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS