AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 10, 2007 @ 10:29am |
| NAME OF SERVER (PRINT) John J. Gonzalez | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:   1643 N. Queens Road, Los Angeles, CA   90069 Served Seven Arts Pictures, Inc., by serving Peter Hoffman, authorized agent by leaving with Casia Hoffman, wife (C, F, 40's, 5'6, 120lbs, brn eyes, brn hair)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___12/14/07___
                Date

_____
Signature of Server

_____
Address of Server

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me
on this 14 day of December, 20 07
by John J. Gonzalez
personally known to me or proved to me on the
basis of satisfactory evidence to be the person(s)
who appeared before me.
Signature: _____

JHA NEE MARLENE CARTER
COMM. #1743388
Notary Public · California
Los Angeles County
My Comm. Expires May 4, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JUDGE DANIELS

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

RMM GROUP, LLC

V.

CINEVISIONS, SEVEN ARTS
PICTURES, INC., SEVEN ARTS
PICTURES, LTD., SEVEN ARTS
PICTURES PLC and PETER
HOFFMAN.

**SUMMONS IN A CIVIL ACTION**

07 CV 10482

CASE NUMBER:

TO: (Name and address of Defendant)

SEVEN ARTS PICTURES, INC.
ATTN: PETER HOFFMAN
1643 NORTH QUEENS ROAD
LOS ANGELES, CA 90069

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LYNCH DASKAL EMERY LLP
264 WEST 40TH STREET
NEW YORK, NEW YORK 10018

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

NOV 2 0 2007

DATE