AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 10, 2007 @ 10:10am |
| NAME OF SERVER (PRINT) John J. Gonzalez | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 6310 San Vicente Blvd., # 510, Los Angeles, CA 90048

Served Seven Arts Pictures, LTD., by serving Peter Hoffman, authorized agent by leaving***

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

***with Linda Silverthorn, person apparently in charge (C,F, 40's, 5'7, 140ls, brn eyes, gray hair)

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

Signature of Server

Address of Server

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this ___ day of December, 2007,
by John J. Gonzalez
personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: _____

JHA'NEE MARLENE CARTER
COMM. #1743388
Notary Public - California
Los Angeles County
My Comm. Expires May 4, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

RMM GROUP, LLC

V.

CINEVISIONS, SEVEN ARTS PICTURES, INC., SEVEN ARTS PICTURES, LTD., SEVEN ARTS PICTURES PLC and PETER HOFFMAN.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 10482

TO: (Name and address of Defendant)

SEVEN ARTS PICTURES, LTD.
6310 SAN VICENTE, BLVD., SUITE 510
LOS ANGELES, CA 90048

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LYNCH DASKAL EMERY LLP
264 WEST 40TH STREET
NEW YORK, NEW YORK 10018

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON               NOV 2 0 2007

CLERK                            DATE

(By) DEPUTY CLERK