Daniel J. Kornstein (DK-3264)
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, New York 10017
(212) 418-8600
Attorneys for Defendants CineVisions
And Seven Arts Pictures, Limited

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| RMM GROUP, LLC, | 07 CV 10482 (GBD) |
| Plaintiff, | |
| -against- | RULE 7.1 Statement |
| CINEVISIONS, SEVEN ARTS PICTURES INC., SEVEN ARTS PICTURES LIMITED, SEVEN ARTS PICTURES PLC and PETER HOFFMAN, | ECF CASE |
| Defendants. | |

------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, CineVisions, by and through the undersigned counsel, states that it has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Seven Arts Pictures Inc., by and through the undersigned counsel, states that it has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Seven Arts Pictures Limited, by and through the undersigned counsel, states that it has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Seven Arts Pictures PLC, by and through the undersigned counsel, states that it has no parent corporation and that no corporation owns 10% or more of its stock, except Seven Arts Pictures Inc., which owns 30% of its stock.

Dated:   New York, N.Y.
         February 15, 2008

                    KORNSTEIN VEISZ WEXLER &
                      POLLARD, LLP

                    By: _____
                        Daniel J. Kornstein (DK-3264)
                    757 Third Avenue
                    New York, New York 10017
                    (212) 418-8600
                    Attorneys for Defendants CineVisions
                    and Seven Arts Pictures Limited