**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED:** FEB 21 2008

**Lynch**
**Daskal**
**Emery** LLP

264 WEST 40TH STREET
NEW YORK, NEW YORK 10018
TEL: 212-302-2400
FAX: 212-302-2210

February 20, 2008

**SO ORDERED**

The conference is rescheduled
to March 27, 2008 at 9:30 a.m.

*George B. Daniels*

FEB 21 2008
JUDGE GEORGE B. DANIELS

**FACSIMILE**

The Honorable George B. Daniels
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

RE: RMM Group, Inc. v. CineVisions, Seven Arts Pictures, Inc., Seven Arts
Pictures, LTD., Seven Arts Pictures PLC and Peter Hoffman
Civ. No. 07-CV-10482

Dear Your Honor:

Please note that on February 28, 2008 there is an initial pre-trial conference scheduled before Your Honor, and at this time both parties request an adjournment for about a month.

Both parties are in agreement in principle and require more time to process the settlement agreement.

Thank you for your consideration.

Very Truly Yours,

Scott R. Emery

Cc: Amy Gross, Esq.
Attorney for defendants