KORNSTEIN VEISZ WEXLER & POLLARD, LLP

ATTORNEYS AT LAW

757 THIRD AVENUE
NEW YORK, NEW YORK 10017-2013
TELEPHONE (212) 418-8600
TELECOPIER (212) 826-3640
WWW.KVWP.NET

Amy C. Gross
Direct dial: (212) 418-8621
Email: agross@kvwmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 4 2008

March 20, 2008

**By Facsimile**

Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

**SO ORDERED**

The conference is adjourned to
April 17, 2008 at 9:30 a.m.

*George B Daniels*
MAR 2 4 2008
HON. GEORGE B. DANIELS

Re: RMM Groups, Inc. v. CineVisions, et al.,
No. 07-CV-10482

Dear Judge Daniels:

As counsel for defendant, we write with plaintiff's consent to request a two-week adjournment of the preliminary conference in this action, currently scheduled for Thursday, March 28, at 9:30 a.m. This is the second request for an adjournment of this conference.

The parties have an agreement in principle, and require the additional two weeks to finalize the settlement agreement.

Respectfully,

*Amy C. Gross*

Amy C. Gross

cc: Jamie A. McKean, Esq.
 (by email)