# KORNSTEIN VEISZ WEXLER & POLLARD, LLP

ATTORNEYS AT LAW

757 THIRD AVENUE
NEW YORK, NEW YORK 10017-2013
TELEPHONE (212) 418-8600
TELECOPIER (212) 826-3640
WWW.KVWP.NET

Amy C. Gross
Direct dial: (212) 418-8621
Email: agross@kvwmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
APR 14 2008

April 9, 2008

**SO ORDERED**

The conference is rescheduled to June 13, 2008 at 9:30 a.m.

APR 14 2008

*[signature]*

**HON. GEORGE B. DANIELS**

By Facsimile

Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

   Re: RMM Groups, Inc. v. CineVisions, et al.,
       No. 07-CV-10482

Dear Judge Daniels:

   As counsel for defendant, we write with plaintiff's consent to request a four-week adjournment of the preliminary conference in this action, currently scheduled for Thursday, April 17, at 9:30 a.m. This is the third request for an adjournment of this conference.

   The parties continue to work toward finalizing a settlement agreement.

Respectfully,

*[signature]*

Amy C. Gross

cc:   Jamie A. McKean, Esq.
      (by email)