**Lynch Daskal Emery LLP**



264 WEST 40TH STREET
NEW YORK, NEW YORK 10018
TEL: 212-302-2400
FAX: 212-302-2210

May 22, 2008

**SO ORDERED**

/s/ George B. Daniels
**HON. GEORGE B. DANIELS**

MAY 2 8 2008

**FACSIMILE**
The Honorable George B. Daniels
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

RE: RMM Group, Inc. v. CineVisions, Seven Arts Pictures, Inc., Seven Arts Pictures, LTD., Seven Arts Pictures PLC and Peter Hoffman
Civ. No. 07-CV-10482

Dear Judge Daniels:

I am writing on behalf of RMM Group, Inc. in the above-referenced matter to request that the date to respond to the pending motion to dismiss be extended to June 27, 2008. All parties consent to the extension.

Thank you for your consideration.

Very Truly Yours,

Scott R. Emery

Cc: Amy Gross, Esq. (by facsimile)
Attorney for Defendants