

**LYNCH DASKAL EMERY** LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 3 2008

264 WEST 40TH STREET
NEW YORK, NEW YORK 10018
TEL: 212-302-2400
FAX: 212-302-2210

May 30, 2008

**SO ORDERED**

The conference is rescheduled for June 26, 2008 at 9:30 a.m.

*George B. Daniels*
JUN 0 3 2008
**HON. GEORGE B. DANIELS**

**VIA FACSIMILE**
The Honorable George B. Daniels
United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

Re: RMM Group, Inc. v. CineVisions, Seven Arts Pictures, Inc., Seven Arts Pictures, Ltd., Seven Arts Pictures PLC and Peter Hoffman
Civ. No. 07-CV-10482

Dear Judge Daniels:

Your chambers informed us today that, because of a docketing error, the parties were mistakenly informed that the preliminary conference in this matter had been scheduled for June 13, 2008 rather than the June 3, 2008 date Your Honor had intended. We were also informed that the June 13 date is not available and that the parties should request a new date. I am writing to inform the Court that the parties are available for a preliminary conference on Thursday, June 26, 2008 and all parties consent to that date. This is the fourth adjournment requested for the preliminary conference.

Thank you for your consideration.

Very Truly Yours,

Scott R. Emery

Cc: Amy Gross, Esq.
    Attorney for Defendants