

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 2 3 2008

# KORNSTEIN VEISZ WEXLER & POLLARD, LLP

ATTORNEYS AT LAW

757 THIRD AVENUE
NEW YORK, NEW YORK 10017-2013
TELEPHONE (212) 418-8600
TELECOPIER (212) 826-3640
WWW.KVWP.NET

**Amy C. Gross**
Direct dial: (212) 418-8621
Email: agross@kvwmail.com

June 19, 2008

**By Facsimile**

Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

**SO ORDERED**
The conference is adjourned to July 24, 2008 at 9:45 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

JUN 2 0 2008

Re: RMM Groups, Inc. v. CineVisions, et al.,
    No. 07-CV-10482

Dear Judge Daniels:

As counsel for defendant, we write with plaintiff's consent to request a four-week adjournment of the preliminary conference in this action, currently scheduled for Thursday, June 26, at 9:30 a.m. This is the fourth request for an adjournment of this conference. The parties also request a four-week adjournment of the due date for plaintiff's opposition to defendants' motion to dismiss, currently scheduled for Friday, June 27, 2008.

The parties are making renewed progress toward a settlement agreement.

Respectfully,

*Amy C. Gross*
Amy C. Gross

cc: Jamie A. McKean, Esq.
    (by email)