**KORNSTEIN VEISZ WEXLER & POLLARD, LLP**

ATTORNEYS AT LAW

767 THIRD AVENUE
NEW YORK, NEW YORK 10017-2013
TELEPHONE (212) 418-8600
TELECOPIER (212) 826-3640
WWW.KVWP.NET

Daniel J. Kornstein
WRITER'S DIRECT DIAL NO. (212) 418-8610
WRITER'S E-MAIL ADDRESS  dkornstein@kvwmail.com



July 18, 2008

**SO ORDERED**

By Facsimile

Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

The conference is rescheduled to August 7, 2008 at 9:30 a.m.

*George B. Daniels*
**HON. GEORGE B. DANIELS**
JUL 21 2008

Re: RMM Groups, Inc. v.
    CineVisions, et al., No.
    07-CV-10482

Dear Judge Daniels:

As counsel for defendant, we write with plaintiff's consent to request a two-week adjournment of the preliminary conference in this action, currently scheduled for Thursday, July 24, at 9:45 a.m. The is the fifth request for an adjournment of this conference.

The parties continue to work toward finalizing a settlement agreement.

Respectfully,

*Daniel J. Kornstein*

Daniel J. Kornstein

DJK:ACG

cc: Jamie A. McKean, Esq.
    (by email)