KORNSTEIN VEISZ WEXLER & POLLARD LLP
ATTORNEYS AT LAW
757 THIRD AVENUE
NEW YORK, NEW YORK 10017-2013
TELEPHONE (212) 418-8600
TELECOPIER (212) 826-3640
WWW.KVWP.NET

Amy C. Gross
Direct dial: (212) 418-8621
Email: agross@kvwmail.com

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: AUG - 5 2008*

August 4, 2008

**By Facsimile**

Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

**SO ORDERED**
The conference is adjourned to August 20, 2008 at 9:30 a.m.

/s/ George B. Daniels   AUG 5 2008
HON. GEORGE B. DANIELS

Re: RMM Groups, Inc. v. CineVisions, et al.,
   No. 07-CV-10482

Dear Judge Daniels:

As counsel for defendant, we write with plaintiff's consent, and at the suggestion of chambers, to request a two-week adjournment of the preliminary conference in this action, currently scheduled for Thursday, August 7, at 9:30 a.m. This is the sixth request for an adjournment of this conference.

The parties have reached an agreement to settle this action, and request the two-week adjournment in order to finalize and exchange the necessary settlement documents.

Respectfully,

/s/ Amy C. Gross
Amy C. Gross

cc: Jamie A. McKean, Esq.
    (by email)